1 JENNIFER LLOYD KELLY (CSB No. 193416)
jkelly@fenwick.com
2 CLIFFORD C. WEBB (CSB No. 260885)
cwebb@fenwick.com
3 FENWICK & WEST LLP
555 California Street, 12th Floor
4 San Francisco, CA 94104
Telephone:    415.875.2300
5 Facsimile:    415.281.1350

6 Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation
7

8

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 KING.COM LIMITED, a Malta Corporation,    Case No.: _____

13              Plaintiff,    **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

14    v.    **DEMAND FOR JURY TRIAL**

15 6 WAVES LLC, a Delaware Limited Liability
Company, and DOES 1-5,
16
              Defendants.
17

18

19        Plaintiff King.com Limited ("King") brings this action against Defendant 6 Waves LLC

20 ("6Waves") and certain unnamed Doe Defendants for copyright infringement and complains as

21 follows:

22                    **INTRODUCTION**

23        1.       King has spent countless hours and millions of dollars creating the most

24 compelling, fun, and successful social and mobile games in the world.  As a result of King's huge

25 creative investment, over 225 million people now enjoy its games worldwide, playing more than

26 1 billion times a day.  King is the indisputable market leader in social and mobile gaming with its

27 wildly popular line of "Saga" games, with Candy Crush Saga, Pet Rescue Saga, Farm Heroes

28 Saga, and Bubble Witch Saga leading the way.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                                              Case No.: _____

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.     Rather than make its own creative investment, 6Waves is free-riding on King's by blatantly cloning two of its most popular games—Pet Rescue Saga and Farm Heroes Saga. This brazen theft of intellectual property should not be tolerated. By this action, King seeks to stop this willful infringement, recover the substantial losses it has suffered, and disgorge the illicit profits 6Waves has made from its theft.

## NATURE OF THE ACTION

3.     Pet Rescue Saga was created by King and first released on Facebook in October of 2012. It quickly became one of the web's most popular social games, now ranking as the second most played game on Facebook, behind only King's Candy Crush Saga. In June of 2013, a mobile version of Pet Rescue Saga was released on both iOS (Apple) and Android (Google) devices. It has proved hugely popular on those platforms as well—ranking in the top five for worldwide downloads on iOS devices and the top ten for Android in July 2013.

4.     Pet Rescue Saga is a puzzle solving game that calls on players to save trapped pets (including puppies, birds, and piglets) by clicking on and clearing matching colored blocks. The aim is to clear enough blocks to guide pets to safety at the bottom of the screen while also achieving the minimum score required. Players also need to think through the consequences of removing any one set of blocks as this will cause other blocks to move sideways or fall into play. Pet Rescue Saga offers additional challenges in the form of caged pets, stony floors that require a key to unlock and diamonds that can be removed only by landing them on a stony floor. As with the other "Saga" format games, players can continue or "progress" through the game without losing lives as long as they complete each level. Players can also return to specific levels in order to achieve the best "three star rating." Pet Rescue Saga is synchronized across platforms, allowing players to switch seamlessly between devices and platforms and continue their game wherever they left off.

5.     Pet Rescue Saga's game play progresses through a unique animated world with individual levels depicted as nodes on a distinctive a map. In Pet Rescue Saga, King has developed a unique game progression, numerous specific distinctive elements, and an overall look and feel, all of which are protected by copyright. King is the owner of a valid copyright

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   registration in Pet Rescue Saga, Registration No. TX 7-605-715, effective as of November 27,

2   2012.  King applied for a further registration for Pet Rescue Saga on August 19, 2013.

3          6.      Representative screenshots of the Pet Rescue Saga game are included below:

 

14         7.      Farm Heroes Saga was created later, released in April of 2013 to players on

15   Facebook.  The game is also a tremendous success and is now the third most played game on

16   Facebook.  Farm Heroes Saga has not yet been released for play on mobile devices.

17         8.      Like Pet Rescue Saga, Farm Heroes Saga is a puzzle solving game.  Farm Heroes

18   Saga is set in a fantasy farmland.  In Farm Heroes Saga, players swap game blocks—containing

19   farm crops (called "cropsies") and other farm-related elements—into strings of three or more

20   matching blocks.  The game requires players to collect different farm elements such as carrots,

21   apples, onions and water by matching at least three in a row.  To progress, players need to collect

22   sufficient quantities of each farm element within a limited number of moves.  Once a player has

23   collected enough of each farm element, the game goes into "Hero Mode" enabling the player to

24   boost the score through careful use of the remaining moves.  Also like Pet Rescue Saga, a player

25   is awarded up to 3 stars based on their performance on a given level.

26         9.      As with all of King's distinctive Saga games, Farm Heroes Saga progresses along

27   a unique map in a highly distinctive animated world, with different levels represented as separate

28   nodes on a map.  For Farm Heroes Saga, King has developed a unique look and feel, game

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

progression, and numerous specific distinctive elements, all of which are protected by copyright. King applied for copyright registrations in Farm Heroes Saga on August 19, 2013.

10.     Representative screenshots of Farm Heroes Saga are included below:



11.     Pet Rescue Saga and Farm Heroes Saga both also have a social aspect, encouraging players to seek help (for instance by sharing lives) and compete for higher scores with their friends who are also playing the games.

12.     6Waves' Farm Epic is an unmistakable copy of King's Farm Heroes Saga.  Farm Epic deliberately mimics the theme, look and feel, game progression, game interface, map, graphics, and numerous other specific protectable elements of the game as detailed further below.

13.     Likewise, 6Waves' Treasure Epic is a blatant copy of King's Pet Rescue Saga. Treasure Epic copies, nearly identically, the look and feel, game progression, game interface, map, text, graphics, and numerous other specific protectable elements of the game as detailed further below.

14.     Such copying is not new to 6Waves.  Indeed, cloning and free riding off successful games by churning out "fast follow" games appears to be 6Waves' business model.  In early 2012, 6Waves was sued for infringing Spry Fox, LLC's copyright in the game Triple Town with a highly similar clone called Yeti Town.  *See Spry Fox, LLC v. LolApps, Inc., LolApps Merger Sub, Inc., 6Waves, LLC*, Case No. 12-cv-147, Dkt. No. 1 (W.D. Wa. Jan. 26, 2012).  Spry Fox

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

created the Triple Town game, originally releasing it for Amazon's Kindle line of devices.  After

deciding to expand to Facebook and iOS, Spry Fox contacted 6Waves about aiding in publishing

the game, with both parties executing a non-disclosure agreement.  But instead of working with

Spry Fox to adapt Triple Town for other platforms, 6Waves cloned it and released its own

competing version called Yeti Town.

15.     6Waves moved to dismiss that action, claiming that (while its game was

undeniably a clone of Triple Town), it did not actually copy protectable expression.  The Court

disagreed and denied that motion, holding that the complaint pleaded sufficient facts to conclude

that 6Waves had indeed infringed Spry Fox's copyright.  Shortly thereafter, 6Waves settled that

case.  And while the terms of the settlement were confidential, the parties did announce that

6Waves assigned all intellectual property in the Yeti Town game to Spry Fox.[1]

16.     6Waves' copying here is even more extensive than it was in the *Spry Fox* case,

confirming the willfulness of 6Waves' conduct.

17.     To remedy this willful infringement, King brings this suit for injunctive relief,

damages, and 6Waves' unjust profits resulting from this infringement.

**PARTIES**

18.     Plaintiff King.com Limited is a corporation organized and existing under the laws

of Malta with its headquarters at 125/14 The Strand, Gzira GZR1027, Malta.  In addition to its

headquarters, King maintains numerous offices around the world, including in Barcelona,

Bucharest, Malmo, London, San Francisco, and Stockholm.

19.     King is the world's leading social and mobile games company.  King's games are

played around the world through social networks like Facebook and on mobile devices running

Apple's iOS platform, as well as Google's Android platform.  Unlike many other online gaming

companies, King's games seamlessly synch across all of these different platforms allowing users

to continue playing a game on an iPhone that they began on Facebook without losing any levels

or points.  King's goal is to ensure that its games meet its players' mobile lifestyles:  anywhere,

anytime and on any device.  King's games consistently are among the most played social and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

[1] See for example:  http://www.gamasutra.com/view/news/179263/.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                    5                    Case No.: _____

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   mobile games in the United States.  Indeed, King's Candy Crush Saga has been widely reported

2   to be the most popular social and mobile game in the world, with Pet Rescue Saga and Farm

3   Heroes Saga not far behind.

4         20.     While King's games are free to play, players can purchase virtual items, including

5   extra lives and skill-enhancing boosters, as well as the ability to unlock additional game content.

6   This is the primary source of King's revenue.  King has also historically earned revenue from

7   advertising offered alongside its games, though it has recently discontinued the practice.  King

8   also cross-promotes its games.  So for instance, if a player is enjoying Pet Rescue Saga, King

9   might suggest that they could enjoy playing one of its other games, like Candy Crush Saga or

10   Bubble Witch Saga.

11         21.     On information and belief, Defendant 6Waves is a Delaware Limited Liability

12   Company registered to do business in California with an agent for service of process in this

13   District at 116 New Montgomery Street, Suite 700, San Francisco, California 94105.

14   Additionally, on information and belief, 6Waves also maintains an office within this District

15   at 122 Second Avenue, Suite 201, San Mateo, California 94401.

16         22.     King is currently unaware of the identities of Defendants Does 1-5 and therefore

17   sues such Defendants under these fictitious pseudonyms.  King will amend this Complaint to

18   identify these Defendants by name after their identities are discovered.

19                                  **JURISDICTION AND VENUE**

20         23.     King brings this action pursuant to the Copyright Act, 17 U.S.C. §§ 106 and 501.

21         24.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

22   §§ 1331 and 1338.

23         25.     Venue is proper in this District under 28 U.S.C. §§ 1331(a)-(b) because 6Waves,

24   on information and belief, resides in the District and is subject to personal jurisdiction within it

25   and because 6Waves' infringing games are distributed by companies within this District.

26                                 **INTRADISTRICT ASSIGNMENT**

27         26.     This is an Intellectual Property Action to be assigned on a district-wide basis

28   pursuant to Civil Local rule 3-2(c).

1

**6WAVES' COPYING OF KING'S GAMES**

2  27.  6Waves' Farm Epic and Treasure Epic are undeniable clones of King's Farm

3 Heroes Saga and Pet Rescue Saga, respectively. This is not just a matter of two competitors

4 developing similar games within an established genre. The similarities identified by this

5 Complaint, which are only a subset of the infringing copying, are in no way dictated by the genre,

6 the nature of the games, or the rules. They are centered on specific creative decisions that King

7 made in developing its games. Ultimately, King created two highly distinctive games with

8 numerous original elements, and 6Waves copied virtually every innovation that King introduced.

9  **FARM EPIC COPIES PROTECTED EXPRESSION FROM FARM HEROES SAGA**

10  28.  King's Farm Heroes Saga was first released in April of 2013. 6Waves released its

11 clone, Farm Epic, just 2 months later in June 2013. This timing is no coincidence. Even a

12 cursory review reveals pervasive similarities in virtually every aspect of the games. Those

13 similarities render it apparent that 6Waves copied major elements from Farm Heroes Saga.

14  29.  As a starting point, both games employ the same farm theme for a map-based,

15 match-3 puzzle game, set in a fantasy farmland. A player in both games has the goal of matching

16 crop-filled squares to harvest a preset number of crops in a preset number of moves.

17 **Farm Heroes Saga**       **Farm Epic**

 

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR COPYRIGHT
INFRINGEMENT     7     Case No.: _____

**Farm Heroes Saga**     **Farm Epic**



30.     But the similarities do not end there.  Virtually every aspect of the Farm Heroes Saga game and its progression that 6Waves could copy, it did.

31.     At the most basic level, the layout of the game interfaces and their associated graphics are highly similar.

32.     Both have three bars on the top left of the screen depicting lives, currency (in magic beans on the one hand and cash on the other), and gold.  At the right top of the screen, both games have space for five boosters (starting with a stylized shovel and followed by other similarly functioned boosters) that help players more easily match crops, complete levels, and increase their score.  The game progression is also highly similar.  As the game progresses, players earn substantially similar boosters in the exact same order—first a shovel that gathers a single crop, then a tool that gathers and entire row of crops, then other similar boosters.  Also, in both games, boosters not yet earned are represented by a padlock.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Farm Heroes Saga**

**Farm Epic**




33.     Moving from the top of the game interface to the left-hand side, each game also has a side-panel tracking the number of crops harvested out of the requirement for the level, the number of moves the player has left to finish the level, and the player's current performance in terms of stars earned.  The graphics for these features are tellingly similar.  Also, in both games, as the desired crops are matched, they gather then fly across the screen in a highly distinctive manner to this side-panel for harvest.

34.     New players are also provided highly similar tutorials, again, in largely the same progression.  Each tutorial is presented by an animal character explaining how to play the game through a yellow-tinted and dark bordered box.  In each, the majority of the map is shaded black with a circular light shining on the relevant portion of the map, along with a similarly stylized arrow pointing to the illuminated section.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Farm Heroes Saga**

**Farm Epic**





35.     Players are also notified of the requirements to pass a level in a substantially similar manner.  In both games, before a player begins a level, a yellow-gold "Goals" banner appears listing how many crops need to be collected to pass the level.  In each, thumbnail images of the crops are pictured along with text explaining the requirements.

**Farm Heroes Saga**

**Farm Epic**





36.     Each of the games also offers boosters which aid players in completing levels and earning points.  While use of such boosters is common in puzzle games, the games' highly similar

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

placement of exactly 5 boosters (the first of which is a shovel) along the top right-hand side of the screen—with functionally similar boosters being earned in a similar order—is not.

**Farm Heroes Saga**                                   **Farm Epic**

      

      

37.     Nor do other puzzle games introduce these boosters at the center of a yellow starburst graphic, also copied by 6Waves.

**Farm Heroes Saga**                                   **Farm Epic**

      

38.     And when a player's moves are coming to a close in a given level, both games also offer a similar graphical option to purchase additional turns.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Farm Heroes Saga**    **Farm Epic**

 

39.     When a player does eventually finish a level, the similarities only continue. For example, in each game, a splash-page appears listing the level finished, noting that it is "Complete!" or "Completed!", displaying an arced 1-3 star meter gauging the player's performance, a button to "Share" the result, along with a side-panel providing a "Top List" of friends' scores and a button allowing you to "Send to All." Apart from the orientation of the side-panel, the screens are nearly identical in format, and substantially similar in overall appearance.

Fenwick & West LLP
Attorneys at Law
San Francisco

**Farm Heroes Saga**                                          **Farm Epic**

 

40.     If, however, a player is unable to finish a level, both games also employ a substantially similar banner noting the player is out of moves, what targets were reached, how many crops remain to be harvested, and providing an option to purchase moves for in-game credits. Again, all of this is graphically represented in a highly similar manner.

**Farm Heroes Saga**                                          **Farm Epic**



 

41.     These similarities only compound when a player moves from the game interface to the representation of the individual levels in the games' maps. The maps employed for exactly

the first 10 levels in both games are remarkably similar. The paths on both initially snake to the right and continue along that path across the map before turning back to the left for the final levels and making one final turn to the right. And above the map, both games employ a nearly identical placement of buttons for lives, currency, gold, and a button to "Play with friends."

**Farm Heroes Saga**                    **Farm Epic**

   

42.     Indeed, even the nodes used to represent the individual levels in the map are substantially similar, including a green three-dimensional disc with contraposed placement of a level number and stars-earned per level.

**Farm Heroes Saga**           **Farm Epic**

     

     

COMPLAINT FOR COPYRIGHT INFRINGEMENT

14

Case No.: _____

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

43.     And when a player passes a friend on the map, in both games a similar pop-up appears with the friend's picture offset from the player's with movement to the right being clearly indicated in green.

**Farm Heroes Saga**                                          **Farm Epic**

    

44.     Even the basic characters used in the games are highly similar—both including a stylized pig and chicken.

**Farm Heroes Saga**                                          **Farm Epic**

          


45.     All of this adds up to one conclusion:  in addition to copying the theme and style of game play of Farm Heroes Saga, 6Waves extensively copied specific copyrighted expression from the game.  This is copyright infringement pure and simple.

Fenwick & West LLP
Attorneys at Law
San Francisco

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                                    15                          Case No.: _____

1  **TREASURE EPIC COPIES PROTECTED EXPRESSION FROM PET RESCUE SAGA**

2  46.  While 6Waves chose not to copy the exact theme of Pet Rescue Saga in Treasure

3  Epic, its copying of Pet Rescue Saga's copyrighted expression is, in many ways, even more

4  brazen.

5  47.  King's Pet Rescue Saga was released for play on Facebook in October of 2012.

6  Then, in June of 2013, it was released for play on mobile devices. Just one month later, 6Waves

7  announced its clone, Treasure Epic, for Facebook.

8  48.  Again, this timing is no coincidence. Treasure Epic is an undeniable clone of Pet

9  Rescue Saga. Both games are matching puzzle games in which players click on strings of two or

10  more matching colored blocks to burst them and clear a path to the bottom of the screen for items

11  resting on top of the blocks—trapped pets in one and lost treasure in another. In both, players

12  have a set number of moves to collect a certain number of these items or otherwise clear the

13  board. But the similarities do not end with the game play. As with its clone of Farm Heroes

14  Saga, 6Waves slavishly and deliberately copied a substantial number of innovative and creative

15  additions King made to this genre with Pet Rescue Saga—and its series of Saga games more

16  generally.

17  49.  Starting again with the basic game interface, 6Waves has copied it almost

18  identically. A meter for currency, lives, and an option to invite or play with friends are placed

19  similarly from left-to-right across the top of the screen followed by a music, mute, and power

20  button. Boosters of similar function are shown in the same location in each game on the right-

21  hand side of the screen—again being earned in the same progression. And along the bottom of

22  the screen, both games have a score and star meter and a notation of how many moves the player

23  has remaining to complete the level. In both games, when either a pet is saved or lost treasure is

24  found, it moves to a storage area in the corner of the screen—a treasure chest on the right-hand

25  side of the screen in Treasure Epic and a wooden dais on the left-hand side of the screen in Pet

26  Rescue Saga.

27

28

Fenwick & West LLP
Attorneys At Law
San Francisco

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                16                Case No.: _____

**Pet Rescue Saga**          **Treasure Epic**

 

50.     Treasure Epic has also copied the unique layout that King created for stacks of the blocks in Pet Rescue Saga—an irregular, off-centered design with some blocks pointing straight ahead, some to the right, and some to the left.

**Pet Rescue Saga**          **Treasure Epic**

  

51.     The copying only becomes more apparent when new players are presented with the tutorials in the games.  Apart from the different characters presenting the tutorials, they are all but identical in appearance, progression, text, and placement on the screen.  In both, the majority of the game interface is shaded black with only the point of interest illuminated.  And, in both, a similarly shaded turquoise-blue pop-up banner appears with a character often on the left-hand side of the banner raising their left hand and giving instruction.  These similarities in and of

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                    17                    Case No.: _____

themselves would be enough, but 6Waves went even further, copying (nearly verbatim) the actual language used in the tutorials.

52.     In the first level of both games, the first tutorial a player sees is virtually identical.

**Pet Rescue Saga**                              **Treasure Epic**





53.     As depicted above, Pet Rescue Saga tells the player in Level 1 to "Click on groups of blocks of the same color to remove them."  Treasure Epic parrots this same language in its Level 1 explaining that players can "Click on groups of the same color to remove them!"  Then, after performing this task, both games have a second, nearly identical, turquoise pop-up window using almost identical language to describe the next steps:  "That's great!  Now try to remove as

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

many blocks from the screen as you can!" v. "Good job!  Now try to remove as many blocks from the screen as you can!"

54.     Then in Level 2, Pet Rescue Saga explains "Removing large groups of blocks give you higher scores!  Now click on large groups to remove them!"  Treasure Epic repeats this in its Level 2 in nearly identical language: "Removing large groups gives you higher scores!  Now click on this group to remove it!"

**Pet Rescue Saga**                                 **Treasure Epic**




55.     When the player moves through the game, the similarities continue.

56.     In both games, the first time a trapped pet or lost treasure, respectively, is introduced is at Level 4.

57.     Both games also employ special "bomb" blocks that explode and destroy surrounding blocks.  Again, both are introduced in Level 11.

58.     Before a player starts a level, an explanation of what the player must do to pass the level is shown inside blue squares.  In each game, this information area is presented in a light shade of blue with darker blue bands encasing the goals in white text.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Pet Rescue Saga**                    **Treasure Epic**



59.     The games also both introduce boosters, with identical functionality, in the exact same order, and, indeed, on the same levels in many cases.  In Pet Rescue Saga, first, the Block Buster is introduced in Level 7, which can smash a single regular block.  A corresponding Power Drill is introduced in Level 9 of Treasure Epic with this same function.  Then, in Level 10 of Pet Recue Saga, a Color Pop booster is introduced which allows a player to burst every block of a single color on the screen.  In Level 13 of Treasure Epic, the Baby Boomer is introduced, again with this same functionality.  Then, in Level 17, Pet Rescue Saga introduces the Column Blaster booster—which allows a player to destroy all the blocks in a given column on the game screen.  Treasure Epic's graphically and functionally similar "Block Beamer" is introduced at this same level.  And finally, in Level 19 of Pet Rescue Saga, the Mesh Masher wire cutter is introduced allowing a player to cut away a protective cage around a special block.  Treasure Epic's corresponding wire cutter booster, with this same functionality, is introduced at the same level.  These boosters are also represented graphically along the map in each game at the level where they are first introduced in a highly similar manner.

60.     And when a booster is reached in the games on the map, a nearly identical pop-up appears on the screen.  For instance, when what Pet Rescue Saga calls the "Mesh Masher" and what Treasure Epic calls the "Wire Cutter" is introduced—both represented as stylized bolt cutters—the pop-up screens both declare "New Booster unlocked!", use almost identical language to describe the tools' function, explain that "You just received 3 free boosters to try out!", and place a button at the bottom center of the pop-up prompting the player to "Continue."

**Pet Rescue Saga**

**Treasure Epic**











When a player first has a chance to use a booster in the game, Treasure Epic again copies almost identically the tutorials offered by Pet Rescue Saga, using the same graphical layout and nearly identical text.  For example, for the Column Blaster, Pet Rescue Saga explains "Good Job! Now the Column Blaster rocket is ready to fire.  Click the rocket to activate it!"  Treasure Epic's "Block Beamer" is described using nearly identical language in its corresponding pop-up:  "Nice! Now the Block Beamer is ready to fire.  Click on the Block Beamer to activate it!"

**Pet Rescue Saga**          **Treasure Epic**




61.     6Waves also describes its "Power Drill" in almost identical language to that used by Pet Rescue Saga to describe its "Block Buster": "Use the Block Buster to remove a single block" v. "Use the Power Drill to remove a single block."

**Pet Rescue Saga**          **Treasure Epic**




62.     Finally, when a player beats a level by clearing the whole screen of blocks, both games display a "+20000" score in bright yellow numbers superimposed over fireworks.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Pet Rescue Saga**        **Treasure Epic**



63. And, just as with its clone of Farm Heroes Saga, Treasure Epic also closely copies the maps used by Pet Rescue Saga.

64. The path used for exactly the first 12 levels of both games follows a virtually identical snaking path.

**Pet Rescue Saga**        **Treasure Epic**



65. And when the player zooms out from the map to take a larger view, the exact same pattern of fog and clouds is used to obscure the levels that the player has not yet reached.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Pet Rescue Saga**                    **Treasure Epic**

 

66. As the player moves along the map, the landmarks are highly similar as well, both including a cartoon castle.

**Pet Rescue Saga**                    **Treasure Epic**

 

67. And again, as in its other clone, 6Waves has made an incredibly close copy of the nodes used on the map to represent individual levels. Here, both games use three-dimensional disks with metal rims, with stars at the center and the level number represented on the front of the metal rim.

**Pet Rescue Saga**                                    **Treasure Epic**

      

 

68.     Again, these similarities are not just the product of two games working within the same genre.  This is willful copyright infringement by 6Waves.

## FIRST CAUSE OF ACTION

### (Federal Copyright Infringement)

69.     King repeats, realleges, and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

70.     King's Pet Rescue Saga and Farm Heroes Saga are original, creative works of expression that constitute copyrightable subject matter under 17 U.S.C. § 101 *et seq.*  At all relevant times, King has owned all of the rights and privileges in and to these works, and King has acquired a registration for Pet Rescue Saga from the United States Registrar of Copyrights, and has applied for a registration in Farm Heroes Saga.

71.     6Waves had access to Pet Rescue Saga and Farm Heroes Saga by virtue of their wide public distribution through Facebook and mobile devices.

72.     6Waves copied substantial elements of Pet Rescue Saga and Farm Heroes Saga.

73.     The elements of Pet Rescue Saga and Farm Heroes Saga that 6Waves copied were and are copyrightable subject matter protected by 17 U.S.C. § 101 *et seq.* and owned by King.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

74.     By its actions described above 6Waves, and the Does Defendants, have infringed and continue to infringe King's copyrights in Pet Rescue Saga and Farm Heroes Saga by, *inter alia*, copying, publicly displaying, and distributing Treasure Epic and Farm Epic, without any authorization or other permission from King.

75.     On information and belief, 6Waves' infringement has been deliberate and in willful disregard of King's rights.

76.     6Waves has realized unjust profits, gains, and advantages as a proximate result of its infringement, and it will continue to do so as long as that infringement is permitted to continue.

77.     As a direct and proximate result of 6Waves' infringement, King has suffered, and will continue to suffer, actual damages.  King is entitled to its actual damages and any gains, profits, and advantages obtained by 6Waves as a result of its acts of infringement.  Alternatively, at King's election, it is entitled to an award of statutory damages as permitted by the Copyright Act.

78.     King has no adequate remedy at law for the injuries currently being suffered, and the additional injuries that are threatened.  6Waves will continue to engage in wrongful conduct and King will continue to suffer irreparable injury that cannot be adequately remedied at law unless 6Waves is enjoined from engaging in any further such acts in violation of the Copyright Act.

## PRAYER FOR RELIEF

WHEREFORE, King respectfully requests that this Court enter judgment in its favor against 6Waves and grant the following relief:

a)     A preliminary and/or permanent injunction restraining 6Waves, and its agents, servants, employees, attorneys, successors and assigns, and all persons, firms, and corporations acting in concert with them, from directly or indirectly violating King's rights under the Copyright Act;

b)     An order directing that 6Waves file with the Court and serve upon counsel for King within thirty (30) days after entry of such order or judgment a report in writing and under

COMPLAINT FOR COPYRIGHT
INFRINGEMENT

Case No.: _____

1  oath setting forth in detail the manner and form in which 6Waves has complied with the

2  injunction;

3      c)      An award to King of damages it has sustained or will sustain by reason of 6Waves'

4  conduct, all profits derived by 6Waves from such conduct, or in lieu of any portion thereof,

5  should King so elect, such statutory damages as provided by law;

6      d)      King's costs and reasonable attorneys' fees;

7      e)      Prejudgment and post-judgment interest; and

8      f)      All such further and additional relief, in law or in equity, to which King may be

9  entitled or which the Court deems just and proper.

10  Dated: August 27, 2013                    Respectfully Submitted,

11                                            By: */s/ Jennifer Lloyd Kelly*
                                              JENNIFER LLOYD KELLY
12                                            jkelly@fenwick.com
                                              CLIFFORD C. WEBB
13                                            cwebb@fenwick.com
                                              FENWICK & WEST LLP
14                                            555 California Street, 12th Floor
                                              San Francisco, CA  94104
15                                            Telephone:    (415) 875-2300
                                              Facsimile:    (415) 281-1350
16
17                                            Attorneys for Plaintiff
                                              KING.COM LIMITED, a Malta Corporation
18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                          27                    Case No.: _____

1

### DEMAND FOR JURY TRIAL

2

King hereby demands trial by jury on all issues and claims so triable.

3

Dated: August 27, 2013                                                          Respectfully Submitted,

4

By: */s/ Jennifer Lloyd Kelly*
_____

5

JENNIFER LLOYD KELLY
jkelly@fenwick.com

6

CLIFFORD C. WEBB
cwebb@fenwick.com

7

FENWICK & WEST LLP
555 California Street, 12th Floor

8

San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

9

10

Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR COPYRIGHT
INFRINGEMENT                                        28                    Case No.: _____