1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DURIE TANGRI LLP
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorney for Defendant
6WAVES LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KING.COM LIMITED, a Malta Corporation, | Case No. 4:13-cv-03977-MMC |
| Plaintiff, | **DEFENDANT 6WAVES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| 6 WAVES LLC, a Delaware Limited Liability Company, and DOES 1-5, | Ctrm:   7, 19th Floor |
| Defendants. | Judge:  Honorable Maxine M. Chesney |

Defendant 6Waves LLC, by its undersigned counsel, hereby answers Plaintiff King.com Limited's Complaint as follows, based on information reasonably available to Defendant:

1.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

2.    Denied.

3.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

4.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

5.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

6.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

7.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

8.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

9.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

10.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

11.    6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Denied.

17.     The allegations of this paragraph do not require a response.

18.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

19.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

20.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

21.     6Waves LLC admits that it is a Delaware Limited Liability Company registered to do business in California, and that it has an office within this District at 122 Second Avenue Suite 201, San Mateo, California 94401.  6Waves LLC denies the remainder of the allegations in this paragraph.

22.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

23.     6Waves LLC admits that Plaintiff purports to bring this action pursuant to the Copyright Act.

24.     Denied.

25.     Denied.

26.     6Waves LLC admits that Plaintiff purports to bring this action pursuant to the Copyright Act and, on that basis, intra-district assignment is proper.

27.     Denied.

28.     6Waves LLC lacks sufficient information or belief regarding Plaintiff's games and, on that basis, denies allegations relating to those facts.  6Waves LLC denies the remainder of the allegations in this paragraph.

29.     6Waves LLC lacks sufficient information or belief regarding these allegations and, on that basis, denies them.

30.     Denied.

31.     6Waves LLC lacks sufficient information or belief regarding these allegations and, on that basis, denies them.

1    32.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
2    basis, denies them.

3    33.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
4    basis, denies them.

5    34.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
6    basis, denies them.

7    35.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
8    basis, denies them.

9    36.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
10   basis, denies them.

11   37.    Denied.

12   38.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
13   basis, denies them.

14   39.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
15   basis, denies them.

16   40.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
17   basis, denies them.

18   41.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
19   basis, denies them.

20   42.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
21   basis, denies them.

22   43.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
23   basis, denies them.

24   44.    6Waves LLC lacks sufficient information or belief regarding these allegations and, on that
25   basis, denies them.

26   45.    Denied.

27   46.    Denied.

28

47.     6Waves LLC lacks sufficient information or belief regarding Plaintiff's games and, on that basis, denies allegations relating to those facts.  6Waves denies the remainder of the allegations in this paragraph.

48.     6Waves LLC denies the allegations regarding copying in this paragraph.  6Waves LLC lacks sufficient information or belief regarding the remainder of these allegations and, on that basis, denies them.

49.     6Waves LLC denies the allegations regarding copying in this paragraph.  6Waves LLC lacks sufficient information or belief regarding the remainder of these allegations and, on that basis, denies them.

50.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

51.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

52.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

53.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

54.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

55.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

56.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

57.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

58.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

59.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

60.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

61.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

62.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

63.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

64.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

65.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

66.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

67.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

68.     6Waves LLC denies the allegations regarding copying in this paragraph.  6Waves LLC lacks sufficient information or belief regarding the remainder of these allegations and, on that basis, denies them.

69.     The allegations of this paragraph do not require a response.

70.     6Waves LLC lacks sufficient information or belief regarding the allegations of this paragraph and, on that basis, denies them.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Denied.

75.    Denied.

76.    Denied.

77.    Denied.

78.    Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction)

Plaintiff's claim is barred, in whole or in part, because the Court lacks subject matter jurisdiction over this action.

### THIRD AFFIRMATIVE DEFENSE

### (Fair Use)

Plaintiff's claim is barred, in whole or in part, by the doctrine of fair use.

### FOURTH AFFIRMATIVE DEFENSE

### (Copyright Misuse)

Plaintiff's claim is barred, in whole or in part, by the doctrine of copyright misuse.

### FIFTH AFFIRMATIVE DEFENSE

### (License, Consent, Acquiescence, Waiver, Laches, Unclean Hands, Estoppel)

Plaintiff's claim is barred, in whole or in part, by the doctrines of license, consent, acquiescence, waiver, laches, unclean hands, and/or estoppel.

### SIXTH AFFIRMATIVE DEFENSE

### (Innocent Infringer)

Plaintiff's claim is barred, in whole or in part, by the innocent infringer doctrine.

///

///

///

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for the following relief:

A.   That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

B.   That Plaintiff takes nothing by its Complaint;

C.   That Defendant be awarded damages as proven at trial, including actual, punitive, and exemplary damages;

D.   That Defendant be awarded its attorney's fees and costs; and

E.   For such other and further relief as equity and justice may require.

Dated:  October 25, 2013                    DURIE TANGRI LLP

By:  _____/s/ Sonali D. Maitra_____
                        SONALI D. MAITRA

Attorney for Defendant
6WAVES LLC

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on October 25, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Sonali D. Maitra*
SONALI D. MAITRA

DEFENDANT 6WAVE LLC'S ANSWER TO COMPLAINT / CASE NO. 4:13-CV-03977-MMC