1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  CLIFFORD C. WEBB (CSB No. 260885)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  Attorneys for Plaintiff
   KING.COM LIMITED
8

9  DURIE TANGRI LLP
   SONALI D. MAITRA (SBN 254896)
10 217 Leidesdorff Street
   San Francisco, CA 94111
11 Telephone:     415.362-6666
   Facsimile:     415-236-6300
12
   Attorneys for Defendants
13 6 WAVES LLC and SIX WAVES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KING.COM LIMITED,<br><br>                    Plaintiff,<br><br>       v.<br><br>6 WAVES LLC, SIX WAVES INC, and DOES 1-5,<br><br>                    Defendants. | Case No.: 13-cv-03977-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS'** ***FORUM NON CONVENIENS*** **MOTION, MODIFYING BRIEFING SCHEDULE, AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 7, 19th floor<br>Judge:     Hon. Maxine M. Chesney |

1  WHEREAS, on August 27, 2013, Plaintiff King.com Ltd. ("King") filed a Complaint for
2  copyright infringement against Defendant 6waves LLC ("6waves");

3  WHEREAS, King served 6waves with that Complaint on September 4, 2013;

4  WHEREAS, on September 23, 2013, King and 6waves stipulated to extend 6waves's
5  deadline to respond to that Complaint until October 25, 2013 (Dkt. 13);

6  WHEREAS, on October 1, 2013, this Court set the initial case management conference in
7  this case for December 6, 2013 (Dkt.19);

8  WHEREAS, on October 31, 2013, King filed a First Amended Complaint for copyright
9  infringement adding 6waves' parent corporation Six Waves Inc. ("SWI") as a defendant;

10  WHEREAS, on November 1, 2013, SWI and 6waves (collectively, "Defendants") filed a
11  motion to dismiss on grounds of *forum non conveniens*, noticed for hearing on December 6, 2013
12  and supported by, *inter alia*, a 46-page declaration from Jacques deLisle and a 23-page
13  declaration from Meph Jia Gui regarding the laws and legal systems of the People's Republic of
14  China;

15  WHEREAS, under this Court's local rules, King's response to that motion would
16  normally be due on November 15, 2013;

17  WHEREAS, lead counsel for King, Jennifer Kelly, has jury duty from November 4 until
18  November 8, 2013, and a long-planned vacation scheduled to begin on November 13, 2013;

19  WHEREAS, Defendants' lead counsel, Sonali Maitra, is scheduled to be out of the office
20  for a vacation scheduled to begin on December 13, 2013, and Defendants' counsel's staff is
21  largely unavailable the week of Christmas until New Years;

22  WHEREAS, the parties believe that it would be the most efficient use of judicial resources
23  to schedule the initial case management conference in this case after the date set for the hearing
24  on Defendants' motion;

25  NOW THEREFORE, the parties hereby stipulate and respectfully request that:

26  1.  The hearing on Defendants' motion to dismiss on the grounds of *forum non*
27  *conveniens* be continued until January 17, 2014;

28

2. The deadline for King to file its opposition to that motion be extended until December 6, 2013;

3. The deadline for Defendants to file their reply to that opposition be extended until January 3, 2014;

4. The initial case management conference in this case be continued until January 31, 2014; and

5. The deadlines triggered by the initial case management conference are adjusted as follows: the deadline to meet and confer under Federal Rule of Civil Procedure 26(f) is set for January 17, 2014 and the deadline to submit a joint case management statement is set for January 24, 2014.

Dated: November 5, 2013          FENWICK & WEST LLP

                                 By  /s/ Jennifer L. Kelly
                                     Jennifer L. Kelly

                                 Attorneys for Plaintiff
                                 KING.COM LIMITED


Dated: November 5, 2013          DURIE TANGRI LLP


                                 By  /s/ Sonali D. Maitra
                                     Sonali D. Maitra

                                 Attorneys for Defendants
                                 6 WAVES LLC and SIX WAVES INC.

# [PROPOSED] ORDER

Pursuant to the above stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The hearing on Defendants' motion to dismiss on the grounds of *forum non conveniens* is continued until January 17, 2014;

2. The deadline for King to file its opposition to that motion is extended until December 6, 2013;

3. The deadline for Defendants to file their reply to that opposition is extended until January 3, 2014;

4. The initial case management conference in this case is re-set for ~~January 31~~ February 21, 2014 at 10:30 a.m.; and

5. Deadlines triggered by the initial case management conference are adjusted as follows: the deadline to meet and confer under Federal Rule of Civil Procedure 26(f) is set for ~~January 17~~ February 7, 2014 and the deadline to submit a joint case management statement is set for ~~January 24~~ February 14, 2014.

Dated: __November 6_____, 2013

*/s/ Maxine M. Chesney*
The Hon. Maxine M. Chesney
United States District Court Judge