1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER LLOYD KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: 415.875.2300
5  Facsimile: 415.281.1350

6  Attorneys for Plaintiff
   KING.COM LIMITED
7
   DURIE TANGRI LLP
8  SONALI D. MAITRA (SBN 254896)
   smaitra@durietangri.com
9  ALEX J. FEERST (SBN 270537)
   afeerst@durietangri.com
10 217 Leidesdorff Street
   San Francisco, CA  94111
11 Telephone:    415-362-6666
   Facsimile:    415-236-6300
12
   Attorneys for Defendants
13 6WAVES LLC and SIX WAVES INC.

14               IN THE UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17 KING.COM LIMITED, a Malta Corporation, | Case No. 3:13-cv-03977-MMC

18                Plaintiff,              | **JOINT STIPULATION AND [PROPOSED]
                                          | ORDER TO EXTEND TIME TO ANSWER
19    v.                                  | PLAINTIFF'S MOTION TO STRIKE**

20 6 WAVES LLC, a Delaware Limited Liability | Date:  January 17, 2014
   Company, SIX WAVES INC., a British Virgin | Time:  9:00 a.m.
21 Islands Company, and DOES 1-5,         | Ctrm:  7, 19th Floor
                                          | Judge: Honorable Maxine M. Chesney
22                Defendants.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S
MOTION TO STRIKE / CASE NO. 3:13-CV-03977-MMC

1     WHEREAS, plaintiff King.com Limited ("King") filed its Motion to Strike Defendants'

2 Affirmative Defenses in this matter on December 9, 2013;

3     WHEREAS, counsel has agreed to extend the deadlines for the defendants 6 Waves LLC and Six

4 Waves Inc. ("Defendants") to respond to plaintiff's Motion to Strike Defendants' Affirmative Defenses

5 and King's Reply in Support of its Motion to Strike Defendants' Affirmative Defenses.

6     Defendants shall have through and including December 30, 2013 to file their Opposition to

7 Motion to Strike Defendants' Affirmative Defenses.

8     Plaintiff shall have through and including January 3, 2014 to file its Reply in Support of its

9 Motion to Strike Defendants' Affirmative Defenses.

Dated: December 13, 2013            FENWICK & WEST LLP

By: */s/ Jennifer Lloyd Kelly*
     JENNIFER LLOYD KELLY

Attorneys for Plaintiff
KING.COM LIMITED

Dated: December 13, 2013            DURIE TANGRI LLP

By: */s/ Alex J. Feerst*
     ALEX J. FEERST

Attorneys for Defendants
6 WAVES LLC and SIX WAVES INC.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Alex J. Feerst, attest that concurrence in the filing of this document has been obtained.

Dated: December 13, 2013            */s/ Alex J. Feerst*
     ALEX J. FEERST

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on December 13, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Alex J. Feerst*
ALEX J. FEERST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 16, 2013

The Honorable Maxine M. Chesney
United States District Court Judge