LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER LLOYD KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KING.COM LIMITED, a Malta Corporation,<br><br>Plaintiff,<br><br>v.<br><br>6 WAVES LLC, a Delaware Limited Liability Company, SIX WAVES INC., a British Virgin Islands Company, and DOES 1-5,<br><br>Defendants. | Case No. 3:13-cv-03977-MMC<br><br>**[PROPOSED] ORDER GRANTING KING.COM LIMTED'S ADMINISTRATIVE MOTION TO SEAL** |

    Having reviewed Plaintiff King.com Limited's ("King") Motion for Administrative Relief to Seal, the Motion is hereby GRANTED.

    The following documents shall remain filed ~~Plaintiff King shall file the following~~ under seal:

KING.COM LIMITED'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS

DECLARATION OF DANNY MOY IN SUPPORT OF KING.COM LIMITED'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS

The above documents are hereby designated and are to be treated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Northern District of California Model Stipulated

| | |
|---|---|
| [PROPOSED] ORDER GRANTING KING.COM'S ADMINISTRATIVE MOTION TO SEAL | Case No. 4:13-cv-03977-MMC |

Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

**IT IS SO ORDERED**.

Dated: December  20 , 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER GRANTING
KING.COM'S ADMINISTRATIVE
MOTION TO SEAL

Case No. 4:13-cv-03977-MMC