United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KING.COM LIMITED,

       Plaintiff,

  v.

6 WAVES LLC; SIX WAVES, INC.,

       Defendants.

_____/

No. C-13-3977 MMC

**ORDER VACATING JANUARY 17, 2014 HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Before the Court is defendants 6 Waves LLC and Six Waves, Inc.'s Motion to Dismiss on *Forum Non Conveniens* Grounds, filed November 1, 2013. Plaintiff King.com Limited has filed opposition to the motion, to which defendants have replied. Also before the court is plaintiff's Motion to Strike Defendants' Affirmative Defenses, filed December 9, 2013. Defendants have filed opposition to the motion, to which plaintiff has replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and hereby VACATES the previously scheduled January 17, 2014 hearings thereon.

**IT IS SO ORDERED.**

Dated: January 15, 2014

_____
MAXINE M. CHESNEY
United States District Judge