IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED,<br><br>            Plaintiff,<br>     v.<br><br>6 WAVES LLC, SIX WAVES INC.,<br><br>            Defendants.                              / | No. C 13-3977 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** |

   In light of the pending motion to dismiss, the Case Management Conference currently set for February 21, 2014, is hereby CONTINUED to March 21, 2014. The parties shall file a Joint Case Management Statement by March 14, 2014. Plaintiff's request that co-lead counsel be allowed to appear telephonically at the February 21, 2014 Case Management Conference is hereby DENIED as moot.

   **IT IS SO ORDERED.**

Dated: February 11, 2014

                                                                  _____
                                                                  MAXINE M. CHESNEY
                                                                  United States District Judge