IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED,<br><br>　　　　Plaintiff,<br>　v.<br><br>6 WAVES LLC, SIX WAVES INC.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 13-3977 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　In light of the pending motion to dismiss, the Case Management Conference currently set for March 21, 2014, is hereby CONTINUED to April 18, 2014.  The parties shall file a Joint Case Management Statement by April 11, 2014.

**IT IS SO ORDERED.**

Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge