LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Plaintiff
KING.COM LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KING.COM LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>6 WAVES LLC, SIX WAVES INC, and DOES 1-5,<br><br>            Defendants. | Case No.: 13-cv-03977-MMC<br>RE:<br>**[PROPOSED] ORDER ~~DENYING~~ REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 7, 19th floor<br>Judge:     Hon. Maxine M. Chesney |

   Having reviewed the parties' respective papers regarding the request of Defendants 6 Waves LLC and Six Waves, Inc. to continue the April 18, 2014 case management conference,[1] the Court DENIES Defendants' request and hereby orders:

1. The case management conference shall ~~proceed~~ be conducted on April ~~18~~ 25, 2014, and

2. The parties shall confer and file a joint case management statement no later than April ~~16~~ 18, 2014.

3. ~~No later than April 15, 2014, Defendants shall comply with Fed. R. Civ. P.~~

---

[1] The Court notes the Chambers Copy of Defendants' request is printed in double-sided format.  Defendants are hereby DIRECTED to submit chambers copies of future filings in single-sided format.  See Civil L.R. 3-4(c) (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

| | |
|---|---|
| [PROPOSED] ORDER DENYING REQUEST FOR CONTINUANCE OF CMC | Case No.: 13-cv-03977-MMC |

1  ~~26(a)(1)(A)(iv) and produce a copy of any insurance policy that under which an~~
2  ~~insurer "may be liable to satisfy all or part of a possible judgment."~~
3  ~~4.   No later than April 25, 2014, Defendants shall serve substantive responses and~~
4  ~~document production in response to King's February 6, 2014 discovery requests.~~

**IT IS SO ORDERED.**

Dated: __April 11, 2014__          _____
　　　　　　　　　　　　　　　　　　　The Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　United States District Court Judge