AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

KING.COM LIMITED, a Malta Corporation,
                         Plaintiff (s),
V.

6 WAVES LLC, a Delaware Limited Liability Co.
                         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-03977 MMC

Notice is hereby given that, subject to approval by the court, __6 WAVES LLC and SIX WAVES, INC.__ substitutes
                                                                                              (Party (s) Name)

__Francis Torrence__, State Bar No. __154653__ as counsel of record in
   (Name of New Attorney)

place of __Sonali Maitra, Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111__.
                                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Address: | 525 Market Street, 17th Floor, San Francisco, CA 94105 |
| Telephone: | (415) 433-0990     Facsimile (415) 434-1370 |
| E-Mail (Optional): | Francis.Torrence@wilsonelser.com |

I consent to the above substitution.
Date: April 16, 2014
                                                         (Signature of Party (s))

I consent to being substituted.
Date: April 15, 2014
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: APRIL 16, 2014
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 17, 2014                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]