IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>6 WAVES LLC; SIX WAVES, INC.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C-13-3977 MMC<br><br>**ORDER VACATING JULY 11, 2014 HEARINGS ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

　　　Before the Court is plaintiff's motion, filed May 14, 2014, to strike the First, Fourth, and Sixth Affirmative Defenses from defendants' Amended Answer.  Defendants have filed opposition, to which plaintiff has replied.

　　　Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 11, 2014.

　　　**IT IS SO ORDERED.**

Dated: July 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge