UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>6 WAVES LLC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-13-03977-MMC (DMR)<br><br>**ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 84]** |

　　　Before the court is a joint discovery letter filed by the parties. [Docket No. 84.] From the letter, it appears that counsel have not completed their meet and confer efforts; the letter raises issues that do not require judicial intervention. *See* Docket No. 84 at 3 ("6Waves believes this letter is unnecessary as to most of the issues because the parties reached agreement on those issues, some as early as July 21st."). Accordingly, the letter is **denied without prejudice.** The parties shall complete their meet and confer by August 8, 2014, and if they are unable to resolve their disputes without judicial intervention, they shall file an amended joint discovery letter by August 15, 2014. Any such letter will be set for a hearing before the court on **August 28, 2014 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

　　　IT IS SO ORDERED.

Dated: August 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge