IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED, a Malta Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>6 WAVES LLC, a Delaware Limited Liability Company, SIX WAVES INC., a British Virgin Islands Company, and DOES 1-5<br><br>    Defendants.<br>_____/ | No. C-13-03977 MMC<br><br>**ORDER RE: STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF CONSENT JUDGMENT; DIRECTIONS TO PARTIES** |

     Before the Court is the parties' "Stipulation and [Proposed] Order for Entry of Consent Judgment," filed September 17, 2014.

     In said filing, the parties state the above-titled action is subject to dismissal with prejudice, in light of a settlement agreement, and request the Court retain jurisdiction "for the purposes of the enforcement of the Settlement Agreement." (See Stipulation at 2:8-10.) Plaintiffs, however, have not submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purposes proposed.

//
//
//
//

Accordingly, plaintiffs are hereby DIRECTED to submit, no later than October 1, 2014, a copy of the settlement agreement, or, in the alternative, a stipulation and proposed order that do not provide the Court will retain jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated: September 18, 2014

MAXINE M. CHESNEY
United States District Judge