1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER LLOYD KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  LIWEN MAH (CSB No. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Plaintiff
   KING.COM LIMITED, a Malta Corporation
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  KING.COM LIMITED, a Malta Corporation,      Case No. 3:13-cv-03977-MMC (DMR)

14                    Plaintiff,               **[PROPOSED]** ORDER GRANTING
                                               **KING.COM LIMITED'S**
15         v.                                  **ADMINISTRATIVE MOTION FOR**
                                               **LEAVE TO FILE SETTLEMENT**
16  6 WAVES LLC, a Delaware Limited            **AGREEMENT UNDER SEAL**
    Liability Company, SIX WAVES INC., a
17  British Virgin Islands Company, and DOES
    1-5,
18
                      Defendants.
19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Having reviewed Plaintiff King.com Limited's Administrative Motion for Leave to File

2  Settlement Agreement Under Seal, the Motion is hereby GRANTED.

3    The parties' Confidential Settlement Agreement shall remain filed under seal.

4    The Confidential Settlement Agreement is hereby designated and is to be treated as

5  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective

6  Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade

7  Secrets entered in this case.  (Dkt. No. 72.)

8

9    **IT IS SO ORDERED.**

10

11  Dated:  _____September 29_, 2014

12                                                      The Honorable Maxine M. Chesney
                                                       United States District Judge

13

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW