LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER LLOYD KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation


RALPH ROBINSON (CSB No. 51436)
ralph.robinson@wilsonelser.com
FRANCIS TORRENCE (CSB No. 154653)
francis.torrence@wilsonelser.com
WILSON ELSER MOSKOWITZ, EDELMAN &
DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendants
6 WAVES LLC, SIX WAVES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KING.COM LIMITED, a Malta Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>6 WAVES LLC, a Delaware Limited Liability Company, SIX WAVES INC., a British Virgin Islands Company, and DOES 1-5,<br><br>  Defendants. | Case No. 3:13-cv-03977-MMC (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF CONSENT JUDGMENT**<br>Courtroom: 7, 19th floor<br>Judge:     Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER FOR
ENTRY OF CONSENT JUDGMENT                                    Case No. 13- cv-03977-MMC (DMR)

# STIPULATION FOR ORDER
# FOR ENTRY OF CONSENT JUDGMENT

Defendants 6 Waves LLC and Six Waves Inc. ("6waves") and Plaintiff King.com Limited ("King") having met, conferred, and agreed to resolve their dispute upon execution of a separate Settlement Agreement, as a term of such settlement respectfully stipulate to the following:

1. Plaintiff King.com Limited ("King") is a Maltese corporation doing business in this District.

2. At the initiation of this action, 6 Waves LLC was a Delaware Limited Liability Company residing in this District.

3. Six Waves, Inc. is a British Virgin Islands Company that has conducted business in this District, from which King's claims in this action arise.

4. Six Waves, Inc. wholly owns subsidiaries 6waves Limited, Beijing You Mai Hu Dong Technology Co. Ltd., and 6 Waves LLC.

5. King brought this suit and alleges that 6 Waves LLC and Six Waves, Inc. (doing business as 6waves) infringe copyrights King holds in its games *Farm Heroes Saga* and *Pet Rescue Saga* by copying, distributing, and displaying the 6waves games *Farm Epic* and *Treasure Epic* in the United States, including in this District.

6. 6 Waves LLC and Six Waves, Inc. stipulate and consent to the entry of a permanent injunction against them as follows:

   a. 6 Waves LLC and Six Waves, Inc. hereby stipulate and consent that, as of September 30, 2014, they and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors, will be permanently enjoined from marketing, advertising, promoting, reproducing, distributing, or displaying the games *Farm Epic* and *Treasure Epic*, including any and all versions of those games.

   b. King hereby stipulates and consents to the dismissal of all of its claims in this Action with prejudice and waives any right of appeal from any judgment

rendered herein.

  c. 6 Waves LLC and Six Waves, Inc hereby stipulate and consent to the dismissal of all of their defenses in this action with prejudice and waive any right of appeal from any judgment rendered herein.

  d. 6 Waves LLC and Six Waves, Inc, and King, stipulate that, except as provided in their Settlement Agreement, each party shall bear its own attorneys' fees, costs and expenses in connection with this Action.

  e. 6 Waves LLC and Six Waves, Inc, and King, stipulate to the continuing jurisdiction of this Court for the purposes of enforcement of the Settlement Agreement and judgment rendered in accordance with the above.

Dated: September 15, 2014  FENWICK & WEST LLP

             By: /s/ *Jennifer L. Kelly*
                Jennifer L. Kelly

             Attorneys for Plaintiff
             KING.COM LIMITED

Dated: September 15, 2014  WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, LLP

             By: /s/ *Francis Torrence*
                Francis Torrence

             Attorneys for Defendants
             6 WAVES LLC AND SIX WAVES INC.

**ORDER FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO STIPULATION**

The Court, having considered the Stipulated Motion for Entry of Judgment and Consent Judgment of the Parties,

**HEREBY ORDERS AS FOLLOWS:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. As set out in the parties' Stipulation for Order for Entry of Consent Judgment, as of September 30, 2014, 6waves, and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors, are permanently enjoined from marketing, advertising, promoting, reproducing, distributing, or displaying the games *Farm Epic* and *Treasure Epic*, including any and all versions of those games.

3. The Clerk of the Court is hereby directed to enter the attached form of Consent Judgment in accordance with the parties' Stipulation and this Order, each party to bear its own attorneys' fees, costs and expenses.

4. This Consent Judgment is binding upon and constitutes res judicata between the parties and their privies.

5. All of King's claims in this action are dismissed with prejudice. All of 6 Waves LLC's and Six Waves, Inc.'s defenses in this action are dismissed with prejudice.

6. No party to this Consent Judgment may appeal the Consent Judgment. Instead, all parties have knowingly, intentionally, willingly, and explicitly waive their right to appeal this Consent Judgment.

7. This Court retains jurisdiction to enforce the terms of this Order and resulting Consent Judgment and the Settlement Agreement between the parties.

IT IS SO ORDERED.

Dated: September 29, 2014

By: *Maxine M. Chesney*
Maxine M. Chesney
United States District Judge