1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER LLOYD KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  LIWEN MAH (CSB No. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  Attorneys for Plaintiff
   KING.COM LIMITED, a Malta Corporation
8

9  RALPH ROBINSON (CSB No. 51436)
   ralph.robinson@wilsonelser.com
10 FRANCIS TORRENCE (CSB No. 154653)
   francis.torrence@wilsonelser.com
11 WILSON ELSER MOSKOWITZ, EDELMAN &
   DICKER, LLP
12 525 Market Street, 17th Floor
   San Francisco, CA 94105
13 Telephone: 415.433.0990
   Facsimile: 415.434.1370
14

15 Attorneys for Defendants
   6 WAVES LLC, SIX WAVES INC.
16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20

| 21 | KING.COM LIMITED, a Malta Corporation, | Case No. 3:13-cv-03977-MMC (DMR) |
|---|---|---|
| 22 | Plaintiff, | **CONSENT JUDGMENT** |
| 23 | v. | Courtroom: 7, 19th floor<br>Judge:     Hon. Maxine M. Chesney |
| 24 | 6 WAVES LLC, a Delaware Limited Liability Company, SIX WAVES INC., a British Virgin Islands Company, and DOES 1-5, | |
| 25 | | |
| 26 | Defendants. | |

27

28

---

CONSENT JUDGMENT                                    1           Case No. 13-cv-03977-MMC  (DMR)

# CONSENT JUDGMENT

Plaintiff King.com Limited ("King") and defendants 6 Waves LLC and Six Waves, Inc. (collectively "Defendants") consent to entry of judgment in this action (the "Litigation") as follows:

**WHEREAS,** King brought this suit and alleged that Defendants infringe King's copyrights in its games *Farm Heroes Saga* and *Pet Rescue Saga*;

**WHEREAS,** King and Defendants have reached an agreement to finally settle the Litigation as set forth in this Consent Judgment as to Defendants and a separate Settlement Agreement ("Settlement Agreement"), which is contemporaneously and separately being executed;

**WHEREAS,** King and Defendants each consent to personal jurisdiction in the Northern District of California for purposes of enforcing the Settlement Agreement; and

**WHEREAS,** the Court has issued an Order for Entry of Consent Judgment.

**JUDGMENT IS HEREBY ENTERED as follows:**

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. As of September 30, 2014, 6waves, and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors, are permanently enjoined from marketing, advertising, promoting, reproducing, distributing, or displaying the games *Farm Epic* and *Treasure Epic*, including any and all versions.

3. This Court retains jurisdiction to enforce this Consent Judgment and any dispute arising out of the Parties' Settlement Agreement.

Dated: September 29, 2014

_[signature]_
United States District Court for the Northern District of California